**Jeffrey Peter VAILLANCOURT,
Petitioner–Appellant,**

v.

**Joel J. ZIEGLER, Warden,
Respondent–Appellee.**

**No. 10–7770.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Jeffrey Peter Vaillancourt, Appellant pro se. Alan McGonigal, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Peter Vaillancourt, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vaillancourt v. Ziegler,* No. 1:09–cv–00162–IMK–DJJ, 2010 WL 5200948 (N.D.W.Va. Dec. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*